# Court of Appeals
# of the State of Georgia

ATLANTA,  October 15, 2014

*The Court of Appeals hereby passes the following order:*

**A15A0251 & A15A0252.  ALISHIA BRISTOW SMITH v. SOPSN TRUST.**

Alishia Bristow Smith, defendant in the dispossessory action below, appeals from two orders of the superior court.  This case began in magistrate court, and, after an adverse ruling, Smith appealed to superior court.  The superior court also ruled against Smith.  Although Smith sought review before this Court, both her direct appeal and discretionary application were dismissed.  See Case Nos. A14A1456 (dismissed April 24, 2014, for failure to follow discretionary appeal procedure); A14D0358 (dismissed May 30, 2014, as untimely). While those earlier appellate procedures were pending, the superior court entered an order directing Smith to pay rent pending appeal.  In A15A0251, Smith challenges that rent order.  The superior court also made our order dismissing her appeal a judgment of the court.  In A15A0252, Smith appears to be challenging that judgment on remitittur.[1]  We lack jurisdiction to review these orders.

As to A15A0251, Smith's challenge to the rent order is moot because she has no appeal pending.  See *Franklin v. Shackelford*, 174 Ga. App. 520 (330 SE2d 449) (1985).  And where the questions presented on appeal have become moot, an appeal is subject to dismissal.  See OCGA § 5-6-48 (b) (3).

As to A15A0252, Smith may not appeal to us from the trial court's judgment

---

[1] In her notice of appeal and amended notice of appeal, Smith indicates that she is appealing from the order entered on May 22, 2014, and May 21, 2014, respectively. The only order entered on or around those dates is the trial court's judgment on remittitur.

on remitittur.  The superior court did not make any ruling in that judgment; it merely made our decision a part of the record below.  To the extent Smith wished to challenge our decision, she was required to file a motion for reconsideration in this Court or a petition for certiorari in the Supreme Court.

For these reasons, both A15A0251 and A15A0252 are hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*___ 10/15/2014 ___
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*